In the Matter of Liquidation of AMERICAN DRUGGISTS' INSURANCE COMPANY. SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, Respondent, v DENIS D. KENNY, Appellant.

Submitted August 13, 2007; decided September 6, 2007

Reported below, 15 AD3d 268.

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 857].

MANUEL ARONS, Respondent, v ROBERT JUTKOWITZ et al., Appellants, et al., Defendant.

Submitted September 4, 2007; decided September 6, 2007

Reported below, 37 AD3d 94.

Motion by New York City Health and Hospitals Corporation for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

BI-ECONOMY MARKET, INC., Appellant, v HARLEYSVILLE INSURANCE COMPANY OF NEW YORK et al., Respondents.

Submitted July 2, 2007; decided September 6, 2007

Reported below, 37 AD3d 1184.

Motion by New York Public Adjusters Association for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.

BI-ECONOMY MARKET, INC., Appellant, v HARLEYSVILLE INSURANCE COMPANY OF NEW YORK et al., Respondents.

Submitted July 9, 2007; decided September 6, 2007

Reported below, 37 AD3d 1184.

Motion by United Policyholders for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief must be served and 24 copies filed within seven days.